IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG DENG and ZHU CHEN, | No. C 12-03234 SI |
| Plaintiffs, | **ORDER REMANDING ACTION TO SANTA CLARA COUNTY SUPERIOR COURT** |
| v. | |
| GEETESH GOYAL and VIKRAM DHALIWAS, | |
| Defendants. | |

On June 4, 2012, plaintiffs Qiang Deng and Zhu Chen filed an unlawful detainer action against defendant Geetesh Goyal in Santa Clara County Superior Court. Notice of Removal, Ex. A. On June 21, 2012, defendants Goyal and Vikram Dhaliwas removed the action to this Court. Notice of Removal at 1. On July 2, 2012, defendants filed a "Request for Remand of Action" with the Court, requesting that the case be remanded after having entered into a stipulation effecting settlement of the action. Defs.' Request for Remand at 1. The parties stipulated to the jurisdiction of the Santa Clara County Superior Court for "all purposes related to [the] stipulation and its enforcement." *Id.*, Ex. A at 4. The parties having so stipulated, the Court hereby REMANDS this action to Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: July 5, 2012

SUSAN ILLSTON
United States District Judge